**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LISA WELLS                                                                                              PLAINTIFF

v.                             4:10-CV-00553 JTK

MICHAEL J. ASTRUE,
*Commissioner*, Social Security Administration                                     DEFENDANT

**TRANSFER ORDER**

Plaintiff Lisa Wells has filed a complaint seeking judicial review of a final decision of the Commissioner of the Social Security Administration (Commissioner) denying her claim for disability benefits. (Doc. No. 2) 42 U.S.C. § 405(g) provides that a plaintiff's action seeking judicial review of the Commissioner's decision "shall be brought in the district court of the United States for the judicial district in which the plaintiff resides[.]" Plaintiff's complaint indicates she is a citizen and resident of Malvern, Arkansas, in Hot Spring County. (Doc. No. 2 at 1) The Western District of Arkansas hears cases arising in Hot Spring County.[1] Accordingly, the Clerk of the Court is directed to transfer <u>immediately</u> and without delay Plaintiff's action and entire case file to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 1st day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] http://www.arwd.uscourts.gov/uploads/images/counties_ARW_exploded161.gif (last visited September 1, 2011)